UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No.: 09-mj-06116-01 |
| vs. | Criminal # 10-109 (RMB) |
| IKE ANAELE, | ORDER FOR MODIFICATION CONDITIONS OF BAIL |
| Defendant. | |

**THIS MATTER** having come before the Court on the application of defendant Ike Anaele (by Stacy Ann Biancamano, Arleo, Donohue & Biancamano, L.L.C.), for modification of the conditions of bail; and the United States (by Kathleen O'Leary, Assistant United States Attorney) consenting to the entry of the Order; and United States Pretrial Services (by Leslie Richardson, United States Pretrial Services Officer) having consented thereto; and for good cause shown;

**IT IS** on this 25 day of February, 2010;

**ORDERED** that the defendant's bail be modified as follows:

1. Mr. Anujuruka C. Anaele be removed as third-party custodian and Ms. Chinyere S. Anaele be added as third-party custodian.

2. Ms. Chinyere S. Anaele act as third-party custodian and co-signer on the Bond.

3. All other conditions imposed June 6, 2009 shall remain in full force and effect.

Honorable Claire C. Cecchi
United States Magistrate Judge

# ARLEO, DONOHUE & BIANCAMANO, L.L.C.
### ATTORNEYS AT LAW

Frank P. Arleo
Timothy M. Donohue
Stacy Ann Biancamano

Of Counsel:
Jo Ann K. Dobransky

622 Eagle Rock Avenue
West Orange, NJ 07052
Telephone: (973) 736-8660
Fax: (973) 736-1712

February 24, 2010

*Via Facsimile*
Honorable Claire Cecchi, U.S.M.J.
United States District Court
M.L. King., Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, Room 2064
Newark, New Jersey 07102

       Re:  **United States v. Ike Anaele**
           **Mag. No.: 09-mj-06116-01**

Dear Judge Cecchi:

  We represent Ike Anaele in the above matter. Enclosed is a proposed form of Order for modification of the conditions of his bail.

  If the Order is acceptable to Your Honor, would you kindly execute same and direct the clerk to return a copy to this office.

  Thank you.

             Respectfully,

             *Stacy Biancamano*
             Stacy Ann Biancamano

SAB:hm
Enclosure
cc: Kathleen O'Leary, A.U.S.A. (w/encl.) – via fax
   Leslie Richardson, U.S. Pretrial (w/encl.) – via fax